**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ENJET, LLC, | § | |
| *Plaintiff*, | § § § | |
| | § | CIVIL ACTION No. 1:10CV228 |
| v. | § § | |
| UNITED STATES OF AMERICA; ASANARBUNKERS CONSULTADORIA E PARTICIPACOES UNIPESSOAL LDA; and BUNKERS INTERNATIONAL CORPORATION, | § § § § § § | JUDGE RON CLARK |
| *Intervenor Plaintiffs*, | § § | |
| v. | § § | |
| M/V MONSEIGNEUR, Official Number 1046706, her masts, boilers, engines, tackle, apparel, etc., in rem; and AHL SHIPPING COMPANY, in personam, | § § § § § | |
| *Defendants*. | § § | |

## ORDER VACATING WARRANT

Before the court is Plaintiff Enjet, LLC's notice withdrawing its ex parte application for an order to issue a warrant of arrest to seize the M/V Monseigneur [Doc. #10]. Accordingly, it is hereby **ORDERED** that the court's Order to Issue Warrant of Arrest [Doc. #11] is **VACATED**.

It is further **ORDERED** that the Warrant to Seize a Vessel [Doc. #12] on behalf of Enjet, LLC is **VACATED**.

So **ORDERED** and **SIGNED** this **23** day of **April, 2010.**

_____
Ron Clark, United States District Judge