

# SUDERMAN & YOUNG

Towing Company
Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

**REMITTANCE BY WIRE:**
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

NEW RIVER

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:    1 January 2010
Invoice: 1100013
Page:    1

Houston, Texas

# INVOICE

```
For services of tugs CAPT. WD HADEN & THE DEACON
To Kinder Morg Galena 4
Gross Tonnage      23,538           $192.00                              3330.00
On 12/30/2009 start 0637 finish 0913           Overtime                  1165.50
                             Fuel Surcharge   ( 3.00%)                     99.90

For services of tugs C.R. HADEN & CAPT. WD HADEN
From Kinder Morg Galena 4
Gross Tonnage      23,538           $192.00                              3330.00
On 01/01/2010 start 1206 finish 1412           Overtime                  1165.50
                             Fuel Surcharge   ( 3.00%)                     99.90

                                    Straight Time  $       6660.00
                                         Overtime          2331.00
                                 Tractor Surcharge            0.00
                                                       -----------
                                    Gross Invoice  $       8991.00
                               Less Discount 17.00%        1528.47
                                    Fuel Surcharge          199.80
                                                       -----------
                                      Net Invoice  $       7662.33
```

Houston • Galveston • Texas City • Freeport • Corpus Christi



# SUDERMAN & YOUNG

Towing Company
Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

**REMITTANCE BY WIRE:**
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

**NEW RIVER**

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX 78205-1868

Date: 4 January 2010
Invoice: 4100006
Page: 1

Corpus Christi, Texas

# INVOICE

```
For services of tugs THE JUDGE & JANET M
From By Main Basin        To Oil Dock 04
Gross Tonnage    23,538        $192.00                              4448.00
On 01/02/2010                          Overtime           0.00
                              Fuel Surcharge   ( 3.00%)    133.44

For services of tug MARK K
From Oil Dock 04
Gross Tonnage    23,538        $96.00                               1872.00
On 01/04/2010 start 0630 finish 0744   Overtime         655.20
                              Fuel Surcharge   ( 3.00%)     56.16

                                       Straight Time  $   6320.00
                                             Overtime      655.20
                                     Tractor Surcharge       0.00
                                                       -----------
                                       Gross Invoice  $   6975.20
                                  Less Discount 17.00%    1185.78
                                       Fuel Surcharge      189.60
                                                       -----------
                                         Net Invoice  $   5979.02
```

Houston • Galveston • Texas City • Freeport • Corpus Christi



# SUDERMAN & YOUNG
### Towing Company
### Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

**REMITTANCE BY WIRE:**
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

THE MONSEIGNEUR

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:    22 January 2010
Invoice: 1100227
Page:    1

Houston, Texas

# INVOICE

```
For services of tugs ANDREW K & HADEN II
To Magellan 1
Gross Tonnage       23,538        $192.00                              3330.00
On 01/21/2010 start 1749 finish 2010        Overtime         1165.50
                                   Fuel Surcharge  ( 6.00%)    199.80

For services of tugs C.R. HADEN & CAPT. WD HADEN
From Magellan 1
Gross Tonnage       23,538        $192.00                              3330.00
On 01/22/2010 start 1710 finish 1831        Overtime         1165.50
                                   Fuel Surcharge  ( 6.00%)    199.80

                               Straight Time  $    6660.00
                                    Overtime       2331.00
                            Tractor Surcharge         0.00
                                                 ----------
                               Gross Invoice  $    8991.00
                         Less Discount 17.00%      1528.47
                               Fuel Surcharge       399.60
                                                 ----------
                                 Net Invoice  $    7862.13
```

Houston • Galveston • Texas City • Freeport • Corpus Christi



# SUDERMAN & YOUNG
Towing Company
Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

**REMITTANCE BY WIRE:**
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

**ANASAZI**

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:     23 January 2010
Invoice:  4100042
Page:     1

Corpus Christi, Texas

# INVOICE

```
For services of tug WILLIAM M
From By Main Basin          To Oil Dock 07
Gross Tonnage     24,458         $100.00                              2228.00
On 01/21/2010                              Overtime          0.00
                                           Fuel Surcharge ( 6.00%)  133.68

For services of tug THE JUDGE
To Oil Dock 07
Gross Tonnage     24,458         $100.00                              1876.00
On 01/21/2010                              Overtime          0.00
                                           Fuel Surcharge ( 6.00%)  112.56

For services of tug WILLIAM M
From Oil Dock 07            To By Main Basin
Gross Tonnage     24,458         $100.00                              2228.00
On 01/23/2010                              Overtime          0.00
                                           Fuel Surcharge ( 6.00%)  133.68

                                  Straight Time      $    6332.00
                                       Overtime           0.00
                              Tractor Surcharge           0.00
                                                    -----------
                                  Gross Invoice    $    6332.00
                           Less Discount 17.00%         1076.44
                                 Fuel Surcharge          379.92
                                                    -----------
                                    Net Invoice    $    5635.48
```

Houston • Galveston • Texas City • Freeport • Corpus Christi



# SUDERMAN & YOUNG
Towing Company
Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

**REMITTANCE BY WIRE:**
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

==ANASAZI==

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:    6 February 2010
Invoice: 1100378
Page:    1

Houston, Texas

# INVOICE

```
For services of tugs ANDREW K & LEXIE M
To ITC 8
Gross Tonnage    24,458       $200.00                           3456.00
On 02/04/2010 start 1834 finish 2009         Overtime           1209.60
                                Fuel Surcharge ( 6.00%)          207.36

For services of tugs ANDREW K & THOR
From ITC 8
Gross Tonnage    24,458       $200.00                           3456.00
On 02/06/2010 start 0436 finish 0544         Overtime           1209.60
                                Fuel Surcharge ( 6.00%)          207.36

                                     Straight Time  $           6912.00
                                          Overtime              2419.20
                                  Tractor Surcharge                0.00
                                                         -----------
                                     Gross Invoice  $           9331.20
                                 Less Discount 17.00%           1586.30
                                     Fuel Surcharge              414.72
                                                         -----------
                                       Net Invoice  $           8159.62
```

Houston • Galveston • Texas City • Freeport • Corpus Christi



# SUDERMAN & YOUNG
Towing Company
Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

**REMITTANCE BY WIRE:**
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

**NEW RIVER**

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX 78205-1868

Date: 20 February 2010
Invoice: 1100535
Page: 1

Houston, Texas

# INVOICE

```
For services of tug ROSEMARY
From By Green's Bayou      To Kinder Morg Galena 2
Gross Tonnage      23,538       $96.00                              2719.00
                                         Tractor Surcharge           918.05
On 02/19/2010                            Overtime                      0.00
                                 Fuel Surcharge   ( 3.00%)           109.11

For services of tug HARRIS II
To Kinder Morg Galena 2
Gross Tonnage      23,538       $96.00                              1665.00
On 02/19/2010                            Overtime                      0.00
                                 Fuel Surcharge   ( 3.00%)            49.95

For services of tugs ANDREW K & ROSEMARY
From Kinder Morg Galena 2
Gross Tonnage      23,538       $192.00                             3330.00
On 02/20/2010 start 1738 finish 1856     Overtime                   1165.50
                                 Fuel Surcharge   ( 3.00%)            99.90

                                         Straight Time  $           7714.00
                                                Overtime            1165.50
                                       Tractor Surcharge             918.05
                                                             ------------
                                           Gross Invoice $          9797.55
                                     Less Discount 17.00%           1665.58
                                          Fuel Surcharge             258.96
                                                             ------------
                                             Net Invoice $          8390.93
```

Houston • Galveston • Texas City • Freeport • Corpus Christi



# SUDERMAN & YOUNG

Towing Company
Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

**REMITTANCE BY WIRE:**
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

THE MONSEIGNEUR

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:     21 February 2010
Invoice:  4100087
Page:     1

Corpus Christi, Texas

# INVOICE

```
For services of tugs PHILIP K & MARK K
From By Main Basin         To Citgo Dock 01
Gross Tonnage      23,538       $192.00                          4448.00
On 02/19/2010                              Overtime                 0.00
                                Fuel Surcharge  ( 3.00%)          133.44

For services of tug WILLIAM M
From Citgo Dock 01         To By Main Basin
Gross Tonnage      23,538       $96.00                           2224.00
On 02/21/2010 start 1504 finish 1607       Overtime               778.40
                                Fuel Surcharge  ( 3.00%)           66.72

                                        Straight Time  $         6672.00
                                             Overtime             778.40
                                     Tractor Surcharge              0.00
                                                         ------------
                                        Gross Invoice  $         7450.40
                                   Less Discount 17.00%          1266.57
                                        Fuel Surcharge            200.16
                                                         ------------
                                          Net Invoice  $         6383.99
```

Houston • Galveston • Texas City • Freeport • Corpus Christi



# SUDERMAN & YOUNG
### Towing Company
### Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

REMITTANCE BY WIRE:
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

**ANASAZI**

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:     24 February 2010
Invoice:  4100096
Page:     1

Corpus Christi, Texas

# INVOICE

```
For services of tugs PHILIP K & WILLIAM M
From By Main Basin        To Oil Dock 11
Gross Tonnage     24,458         $200.00                              4456.00
On 02/22/2010 start 2217 finish 0057         Overtime       1559.60
                                  Fuel Surcharge  ( 3.00%)    133.68

For services of tug JANET M
From Oil Dock 11          To By Main Basin
Gross Tonnage     24,458         $100.00                              2228.00
On 02/24/2010                                Overtime          0.00
                                  Fuel Surcharge  ( 3.00%)     66.84

                                   Straight Time  $         6684.00
                                        Overtime             1559.60
                                Tractor Surcharge               0.00
                                                         -----------
                                   Gross Invoice  $         8243.60
                             Less Discount 17.00%            1401.41
                                   Fuel Surcharge             200.52
                                                         -----------
                                     Net Invoice  $         7042.71
```



# SUDERMAN & YOUNG
### Towing Company
### Houston

2777 Allen Parkway Ste 900
Houston, TX 77019
713/529-9944
713/529-2924 (Fax)

**REMITTANCE BY WIRE:**
Amegy Bank of Texas
Swift Code: SWBKUS44
ABA No. 113011258
Acct. No. 51036904
(Reference Invoice No.)

ops@sandy-tugs.com
www.sandy-tugs.com

VESSEL OPERATIONS

NEW RIVER

AHL SHIPPING COMPANY
219 E HOUSTON ST STE 300
SAN ANTONIO, TX  78205-1868

Date:     25 February 2010
Invoice:  4100100
Page:     1

Corpus Christi, Texas

# INVOICE

```
For services of tugs THE JUDGE & JANET M
From By Main Basin          To Oil Dock 07
Gross Tonnage      23,538        $192.00                                  4448.00
On 02/21/2010 start 0445 finish 0656         Overtime       1556.80
                                Fuel Surcharge  ( 3.00%)     133.44

For services of tug PHILIP K
From Oil Dock 07            To By Main Basin
Gross Tonnage      23,538        $96.00                                   2224.00
On 02/25/2010 start 2213 finish 2343         Overtime        778.40
                                Fuel Surcharge  ( 3.00%)      66.72

                                      Straight Time  $       6672.00
                                           Overtime          2335.20
                                   Tractor Surcharge            0.00
                                                         -----------
                                      Gross Invoice  $       9007.20
                                 Less Discount 17.00%        1531.22
                                      Fuel Surcharge          200.16
                                                         -----------
                                        Net Invoice  $       7676.14
```

Houston • Galveston • Texas City • Freeport • Corpus Christi