**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ENJET, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION No. 1:10CV228 |
| | § | |
| UNITED STATES OF AMERICA; | § | |
| ASAMARBUNKERS CONSULTADORIO E | § | JUDGE RON CLARK |
| PARTICIPACOES UNIPESSOAL LDA; | § | |
| BUNKERS INTERNATIONAL | § | |
| CORPORATION; HARBOR DOCKING AND | § | |
| TOWING COMPANY, L.L.C.; and COSTAS | § | |
| GEORGAS, | § | |
| | § | |
| *Intervenor Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | |
| WILHELMSEN SHIPS SERVICE, INC., | § | |
| | § | |
| *Claimant,* | § | |
| | § | |
| v. | § | |
| | § | |
| M/V MONSEIGNEUR, Official | § | |
| Number 1046706, her masts, boilers, engines, | § | |
| tackle, apparel, etc., in rem; and AHL | § | |
| SHIPPING COMPANY, in personam, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## AMENDED FINAL JUDGMENT

This amended final judgment is entered pursuant to Federal Rule of Civil Procedure 58

and 60(a)[1] and this court's Order granting in part the United States's Motion for Summary

Judgment signed on February 9, 2012.

---

[1] This final judgment corrects the final judgment entered by the court on February 14, 2012 [Doc. #130]. *See* Fed. R. Civ. P. 60(a). Due to clerical error, the figure awarded to Captain Brown did not include pre-judgment and post-judgment interest as the Fifth Circuit and 28 U.S.C. § 1961 require. *See Orduna S.A. v. Zen-Noh Grain Corp.*, 913 F.2d 1149, 1157 (5th Cir. 1990)(district court may deny pre-judgment interest only when peculiar circumstances would make such an award inequitable). The parties have agreed to a pre-judgment interest rate and the date from which the interest should run, namely 3.25%, compounded quarterly running from March 24, 2010 through the date of this amended judgment.

It is hereby **ORDERED** that Intervenor Plaintiff Captain Timothy A. Brown as Chairman of the Board of Trustees of the Masters, Mates, & Pilots Vacation Plan, shall recover the following amounts from the proceeds of the sale of the M/V Monseigneur located in the court registry, on behalf of the crew members listed on Exhibit 2A of Brown's response to the United States' motion [Doc. # 118]:

> (1) one-hundred fourteen thousand, four-hundred forty-five dollars and twelve cents ($114,445.12) as preferred seamen wages

> (2) Pre-judgment interest from March 14, 2010 through February 17, 2012 the date of final judgment, at the prime rate (3.25%) , compounded quarterly in the amount of seven-thousand, three-hundred eighty-two dollars and forty-seven cents ($7,382.47)

> (3) Post-judgment interest on the entire sum calculated pursuant to 28 U.S.C. § 1961 at the rate of .15%; and

> (4) Costs of court

It is further **ORDERED** that Intervenor Plaintiff the United States of America shall recover:

> (1) the remainder of the sums located in the court registry in partial payment of its preferred ship mortgage; and

> (2) costs of court

It is further **ORDERED** that Intervenor Plaintiffs Asamarbunkers Consultadoria e Participacoes Unipessoal Lda ("Asamarbunkers"), Bunkers International Corporation ("Bunkers International"), and Harbor Docking and Towing Company, L.L.C. ("Harbor") shall take nothing

of and from their  claims against the M/V Monseigneur.  Costs are taxed to Asamarbunkers,

Bunkers International, and Harbor.

It is further **ORDERED** that all relief not specifically granted herein is **DENIED**. This is

a final judgment and is appealable.


So **ORDERED** and **SIGNED** this **17** day of **February, 2012.**


_____

Ron Clark, United States District Judge